**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JERRY W. WEEKS**

      **Petitioner,**

**v.**                                    **Case No. 3:14cv27/MCR/CJK**

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS, et al.,**

      **Respondents.**
_____/

## ORDER

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 4, 2014. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

      Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this Order.

      2. Petitioner's Amended Petition for Writ of Habeas Corpus (doc. 14) is **DISMISSED without prejudice** as an unauthorized second or successive habeas corpus petition.

      3. The Clerk shall close this file and shall send petitioner the Eleventh Circuit's form application for leave to file a second or successive habeas corpus petition.

4.  A certificate of appealability is DENIED.

**DONE and ORDERED** this 3rd day of April, 2014.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**